# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Valenicia Price

Debtor(s).
Valenicia Price

Plaintiff(s)

vs.

Wells Fargo Bank NA successor by merger to Wells Fargo Home Mortgage
Defendant(s)

Case Number: 12–31410   gwe
Chapter  13

Ad. Pro. No.  12–00657

# NOTICE OF ENTRY OF JUDGMENT

**On  12/3/2012  the following order was entered:**

*6* – Order Withdrawing Motion For Temporary Restraining Order (Related Doc #3) (jbr)

**I certify that on this date a copy of this notice was mailed to the following:**

> **Valenicia Price**
> **Jimmy E. McElroy**
> **Sylvia Ford Brown**
> **Wells Fargo Home Mortgage**



 Jed G. Weintraub
Clerk of the Bankruptcy Court

By:   Jane Rowe
Deputy Clerk

Date:   December 3, 2012

[nej] [Notice of Judgement Adversary 04/03]