# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re<br><br>Valenicia Price<br><br><br>Debtor(s).<br>Valenicia Price<br><br><br>Plaintiff(s)<br><br>vs.<br><br>Wells Fargo Bank NA successor by merger to Wells Fargo Home Mortgage<br>Defendant(s) | Case Number: 12−31410   gwe<br>Chapter  13<br><br><br><br><br><br><br><br>Ad. Pro. No.  12−00657 |

## NOTICE OF ENTRY OF JUDGMENT

**On  12/3/2012  the following order was entered:**

*6* − Order Withdrawing Motion For Temporary Restraining Order (Related Doc #3) (jbr)

**I certify that on this date a copy of this notice was mailed to the following:**

> **Valenicia Price
> Jimmy E. McElroy
> Sylvia Ford Brown
> Wells Fargo Home Mortgage**



>  Jed G. Weintraub
> Clerk of the Bankruptcy Court
>
> By:   Jane Rowe
> Deputy Clerk
>
> Date:   December 3, 2012

[nej] [Notice of Judgement Adversary 04/03]

United States Bankruptcy Court
Western District of Tennessee

Price,
    Plaintiff

Adv. Proc. No. 12-00657-gwe

Wells Fargo Bank NA successor by merger,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0651-2     User: jane     Page 1 of 2     Date Rcvd: Dec 03, 2012
                    Form ID: nej     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2012.
pla          +Valenicia Price,    6907 Snyder Road,    Memphis, TN 38141-7326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustpregion08.me.ecf@usdoj.gov Dec 04 2012 02:16:20      U.S. Trustee,
            Office of the U.S. Trustee,    One Memphis Place,    200 Jefferson Avenue, Suite 400,
            Memphis, TN 38103-2383
            +E-mail/Text: bnc@ch13sfb.com Dec 04 2012 02:17:03      Sylvia F. Brown,
            200 Jefferson, Suite 1113,    Memphis, TN 38103-2360
                                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft           Wells Fargo Bank NA successor by merger to Wells F
                                                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 05, 2012**            **Signature:**    /s/ Joseph Speetjens

```
District/off: 0651-2          User: jane                 Page 2 of 2              Date Rcvd: Dec 03, 2012
                              Form ID: nej               Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2012 at the address(es) listed below:
　　　　　　Jimmy E. McElroy　　on behalf of Plaintiff Valenicia Price jimmy_3780@hotmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

Case 12-00657　　Doc 9　　Filed 12/05/12　　Entered 12/06/12 02:17:02　　Desc Imaged
Certificate of Notice　　Page 3 of 3